# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

|  |  |  |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | ) ) ) | |
| *Plaintiff-Appellee,* | ) ) ) | |
| v. | ) ) ) | No. 26-1860 |
| DREW HOWARD WRIGLEY, in his official capacity as Attorney General of North Dakota, et al., | ) ) ) ) | |
| *Defendants-Appellants.* | ) ) | |

## OPPOSED MOTION FOR EXTENSION OF TIME

For the reasons that follow, Appellee Pharmaceutical Research and Manufacturers of America ("PhRMA") respectfully requests a 28-day extension, to and including Friday, August 14, 2026, within which to file PhRMA's response brief in the above-captioned case:

1. After Appellants (hereinafter, "North Dakota" or "the state") removed this challenge to North Dakota House Bill 1473 ("H.B. 1473") to federal court, *see PhRMA v. Wrigley et al.*, (D.N.D. No. 1:25-cv-00204), D.Ct.Dkt.1, PhRMA moved for summary judgment, arguing that H.B. 1473 is preempted and violates the Commerce Clause's bar on extraterritorial regulation, D.Ct.Dkt.16. North Dakota cross-moved for summary judgment. D.Ct.Dkt.21.

2. On January 28, 2026, the district court consolidated PhRMA's case with two related cases. D.Ct.Dkt.44; *see AbbVie Inc. v. Wrigley*, No. 25-cv-0081 (D.N.D.); *AstraZeneca Pharms. LP v. Wrigley*, No. 25-cv-00182 (D.N.D.).

3. On April 27, 2026, the district court granted in part PhRMA's summary-judgment motion. *See* Order Partially Granting Mot. for Summ. J., *AbbVie*, No. 25-cv-0081, Dkt.83. North Dakota noticed its appeal from that order two days later. Notice of Appeal, *AbbVie*, No. 25-cv-0081, Dkt.85.

4. On June 15, 2026, the state filed its opening brief in this Court. Appellants Br., *PhRMA v. Wrigley*, No. 26-1860 (8th Cir. June 15, 2026). PhRMA's response brief is currently due on July 17, 2026.

5. Under Federal Rule of Appellate Procedure 26, this Court may extend this deadline for good cause. PhRMA respectfully submits that there is good cause for an extension under the circumstances. Undersigned counsel, Ms. Murphy, has substantial briefing obligations in the relevant timeframe, including: a reply in opposition to the Commonwealth's application for consolidation and transfer in *Black v. Hook*, No. CL26000241 (Fauquier Cnty.), due July 1, 2026; a motion for summary judgment in *Quitman County Health & Rehab, LLC v. Dep't of Health and Hum. Servs.*, No. 25-cv-207 (N.D. Miss.), due July 1, 2026; an opening brief in *PhRMA v. Brown*, No. 26-3714 (9th Cir.), due July 7, 2026; a motion for summary judgment in *NetChoice v. Bonta*, No. 25-cv-3178 (N.D. Cal.), due July 9, 2026; a

2

petition for writ of certiorari in *Daniel Defense, LLC v. Lowy*, No. 25A1228 (U.S.), due July 10, 2026; and a reply brief in *PhRMA v. Skrmetti*, No. 26-5275 (6th Cir.), due July 14, 2026. Additionally, an amicus brief has been filed in support of Appellants in this case, and the requested extension will enable PhRMA to properly respond to that filing as well. Finally, Ms. Murphy also has pre-planned international and domestic travel in the intervening weeks. In light of these circumstances, an extension in this case is necessary to allow counsel to prepare and file a response brief that will best present the issues for this Court's review.

6.    Counsel for PhRMA conferred with counsel for North Dakota and they represented that the state opposes the requested extension. No prior extension of this briefing deadline has been sought by PhRMA.

Respectfully submitted,

s/Erin E. Murphy
ERIN E. MURPHY
 *Counsel of Record*
MATTHEW D. ROWEN
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Plaintiff-Appellee*
*Pharmaceutical Research & Manufacturers of America*

June 30, 2026

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Pharmaceutical Research and Manufacturers of America certifies that it does not have a parent corporation and that no publicly held corporation owns more than ten percent of its stock.

**CERTIFICATE OF COMPLIANCE**
**WITH TYPE-VOLUME LIMITATION**

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 484 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

June 30, 2026

s/Erin E. Murphy
Erin E. Murphy

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Erin E. Murphy
Erin E. Murphy